IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDRE LAMONT ANDERSON**                                             **PLAINTIFF**

v.                 **Case. No. 4:21-cv-01064-LPR**

**SMART, TD**
**A/K/A SMART TRANSPORTATION DIVISION**                     **DEFENDANT**

### JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are dismissed with prejudice.

IT IS SO ADJUDGED this 18th day of July 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE